## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No.  1:17-cv-02582-DDD-NRN

MAGICALL, INC.,

    Plaintiff,

v.

ADVANCED ENERGY INDUSTRIES, INC.,
AE SOLAR ENERGY, INC.,
ADVANCED ENERGY (SHENZHEN) CO., LTD.,
EAGLERISE ELECTRIC AND ELECTRONIC CO., LTD,
EAGLERISE E & E USA, INC. (CA);
EAGLERISE E & E USA, INC. (PA), and
EAGLERISE POWER SYSTEMS, INC.,

    Defendants.

---

### DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S AUGUST 12, 2020 ORDER

---

Defendants Advanced Energy Industries, Inc., AE Solar Energy, Inc., and Advanced Energy (Shenzhen) Co., LTD. ("Defendants") respectfully move this Court for leave to file a Response to Plaintiff MAGicALL, Inc.'s "Objection to Magistrate Judge's Order Dated August 12, 2020," found at ECF No. 167, and state and aver as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendants has conferred with counsel for Plaintiff regarding the relief requested herein. Plaintiff opposes the relief requested herein.

2. On August 26, 2020, Plaintiff filed an "Objection to Magistrate Judge's Order Dated August 12, 2020" ("Objection") at ECF No. 167. While it was not specified in the Objection, Defendants assume Plaintiff's Objection was presented under Fed. R. Civ. P. 72(a), which allows

parties to lodge objections to nondispositive rulings made by federal Magistrate Judges, for review and decision by the assigned District Court Judge. Plaintiff's Objection relates to Magistrate Judge Neureiter's discovery Order found at ECF No. 165.

3. Though Fed. R. Civ. P. 72(a) does not explicitly specify that the opposing party may respond to an objection lodged under Rule 72(a), the Advisory Committee Notes on section (a) of Fed. R. Civ. P. 72(a) state that "it is also contemplated that a party who is successful before the magistrate will be afforded an opportunity to respond to objections raised to the magistrate's ruling." *See, e.g., Heuser v. Wood*, No. CIV 99-884 JP/LFG, 2000 WL 36739825, *7 (N.M. Dist. June 6, 2020) (quoting Fed R. Civ. P. 72 Advisory Committee Notes, 1983 Addition (Subdivision (a)).

4. Defendants respectfully aver that a response is warranted, in this circumstance, to Plaintiff's Objection. Most crucially, Plaintiff's Objection misrepresents key aspects of telephonic hearings, and fails to properly address the application of controlling case law factors, and further mischaracterizes the contents of expert reports and previously filed documents. These mischaracterizations and misrepresentations are not obvious on the face of Plaintiff's objections, and accordingly, a response from Defendants is warranted to avoid undue prejudice to Defendants.

5. Additionally, Plaintiff's Objection raises a challenge to an issue that is time-barred. Plaintiff attempts to challenge the Magistrate Judge's Order allowing Defendants leave to file an expert report on Finite Element Analysis data, which was only recently disclosed by Plaintiffs. However, that decision was rendered by the Magistrate Judge on June 24, 2020, at ECF No. 144, and Plaintiff is well beyond the fourteen (14) day time limit for filing objections to that ruling

under Fed. R. Civ. P. 72(a). Again, this issue is not readily apparent from Plaintiff's Objection, which suggests the Order was issued on August 12, 2020, at ECF No. 165.

6. Defendants assert they may suffer unfair prejudice if they are not allowed a chance to submit a response to the Plaintiff's Objection, for the reasons described above.

7. Attached hereto is the Defendants' proposed Response to MAGicALL's Objection to Magistrate Judge's Order Dated August 12, 2020 ("Response"), as well as attached exhibits referenced therein. Defendants respectfully request this Court accept this proposed Response as filed on the date of this pending Motion for Leave, September 9, 2020.

WHEREFORE, Defendants respectfully request this Court grant Defendants' Motion for Leave to File a Response to Plaintiff MAGicALL, Inc.'s Objection to Magistrate Judge's Order Dated August 12, 2020, and accept the attached Response to MAGicALL's Objection to Magistrate Judge's Order Dated August 12, 2020 as of the date of this filing.

Dated this 9th day of September, 2020.

*s/ Matthew C. Freemann*
Darren E. Nadel
Michelle DiCuollo
Matthew C. Freemann
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Phone:  303.629.6200
Fax:    303.629.0200
Email:  dnadel@littler.com
        mgomez@littler.com
        mfreemann@littler.com

*Attorneys for Defendants Advanced Energy Industries, Inc., AE Solar Energy, Inc. and Advanced Energy (Shenzhen) Co., Ltd.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/ Matthew C. Freemann*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2020, I served the foregoing **MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S ORDER DATED AUGUST 12, 2020** via electronic filing, which will deliver a copy on each the following:

Michael E. Obermueller
Emily Anderson
Winthrop & Weinstine
Capella Tower
225 S. Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
T: 612.604.6483
F: 612.604.6883
eanderson@winthrop.com
mobermueller@winthrop.com

*Attorneys for MAGicALL, Inc.*

*s/ Matthew C. Freemann*
Matthew C. Freemann

4