## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:17-cv-02582-DDD-NRN

MAGICALL, INC.,

       Plaintiff,

v.

ADVANCED ENERGY INDUSTRIES, INC.,
AE SOLAR ENERGY, INC.,
ADVANCED ENERGY (SHENZHEN) CO., LTD.,
EAGLERISE ELECTRIC AND ELECTRONIC CO., LTD,
EAGLERISE E & E USA, INC. (CA);
EAGLERISE E & E USA, INC. (PA), and
EAGLERISE POWER SYSTEMS, INC.,

       Defendants.

## SUPPLEMENTAL PLAINTIFF'S UNOPPOSED MOTION
## FOR LEAVE TO FILE LEVEL 1
## RESTRICTED DOCUMENTS AND TO FILE REDACTED PUBLIC VERSIONS OF
## CERTAIN DOCUMENTS FILED UNDER RESTRICTION

Pursuant to D.C.COLO.LCivR 7.2, Plaintiff MAGicALL, Inc. ("Plaintiff") respectfully moves this Court for leave to maintain certain additional documents related to its Motion for Partial Summary Judgment under a Level 1 restriction, namely, documents filed as ECF-194-7 and ECF-194-10, and for leave to file redacted versions of those documents publicly.

1.     Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Plaintiff has conferred with counsel for Defendants regarding the relief requested herein. Defendants do not oppose the relief requested in this motion.

    2.    In connection with its prior motion for leave to file documents under Level 1 Restriction (ECF-205), two documents containing Plaintiff's confidential trade secret information were inadvertently left off the list of documents to remain under Level 1 Restriction: ECF-194-7 and ECF-194-10.

    3.    For all the reasons set forth in Plaintiff's prior motion (ECF-205), the unredacted versions of these documents, which reflect Plaintiff's confidential trade secret information, should remain under Level 1 Restriction.

    4.    Accordingly, Plaintiff respectfully requests that ECF-194-7 and ECF-194-10 remain under Level 1 Restriction.

    5.    Plaintiff requests permission to file public versions of ECF-194-7 and ECF-194-10 with redactions over Plaintiff's trade secret information, consistent with the Court's Order regarding the same (ECF-208).

Respectfully submitted.

Dated: February 17, 2021

s/ Michael E. Obermueller
Michael E. Obermueller
Emily B. Anderson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 604-6400
FAX: (612) 604-6800
Email: mobermueller@winthrop.com
Email: eanderson@winthrop.com

Attorneys for Plaintiff
MAGicALL, Inc.

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in the Judge Domenico's Practice Standard III (A)(1).

s/ Michael E. Obermueller

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2021, I filed and served the foregoing **SUPPLEMENTAL PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE LEVEL 1 RESTRICTED DOCUMENTS AND TO FILE REDACTED PUBLIC VERSIONS OF CERTAIN DOCUMENTS FILED UNDER RESTRICTION** via CM/ECF which will serve the following:

Darren E. Nadel, Esq.
Grace L. McGuire, Esq.
Matthew C. Freemann, Esq.
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
dnadel@littler.com
gmcguire@littler.com
mfreemann@littler.com

*Attorneys for Defendants*

                                                 s/ Michael E. Obermueller
                                                 Michael E. Obermueller

21264794v1