IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02582-DDD-NRN

MAGICALL, INC,

Plaintiff,

v.

ADVANCED ENERGY INDUSTRIES, INC.;
AE SOLAR ENERGY, INC.;
ADVANCED ENERGY (SHENZHEN) CO., LTD.;
EAGLERISE ELECTRIC AND ELECTRONIC CO., LTD;
EAGLERISE E & E USA, INC. (CA);
EAGLERISE E & E USA, INC. (PA); and
EAGLERISE POWER SYSTEMS, INC.,

Defendants.

**ORDER GRANTING SUPPLEMENTAL UNOPPOSED MOTION FOR LEAVE TO FILE LEVEL 1 RESTRICTED DOCUMENTS AND TO FILE REDACTED PUBLIC VERSIONS OF CERTAIN DOCUMENTS FILED UNDER RESTRICTION (Dkt. #209)**

N. Reid Neureiter
United States Magistrate Judge

Upon referral by Judge Daniel D. Domenico, Dkt. #210, before the Court is Supplemental Plaintiff's Unopposed Motion for Leave to File Level 1 Restricted Documents and to File Redacted Public Versions of Certain Documents Filed Under Restriction, Dkt. #209.

In its current Motion, Plaintiff seeks leave to leave to file certain documents related to its Motion for Partial Summary Judgment under a Level 1 restriction that it were not included in its prior Motion to Restrict, see Dkt. #205. This Court granted Plaintiff's prior Motion to Restrict, Dkt. #208, and the same reasons for allowing certain documents to maintain a Level 1 restriction apply to the documents Plaintiff' seeks to maintain under a Level 1 restriction.

Finding that the requirements of 7.2 have been met for the documents with redactions has been meet, it is HEREBY ORDERED that

    a.    the Motion, Dkt. #209 is GRANTED;

    b.    ECF-194-7 and ECF-194-10 are to remain under a Level 1 Restriction;

    c.    Plaintiff is permitted to file public versions of ECF-194-7 and ECF-194-10 with redactions over Plaintiff's trade secret information

Date:  February 19, 2021        BY THE COURT:

*N. Reid Neureiter* (signature)

N. Reid Neureiter
United States Magistrate Judge