IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02582-DDD-NRN

MAGICALL, INC,

Plaintiff,

v.

ADVANCED ENERGY INDUSTRIES, INC.;
AE SOLAR ENERGY, INC.;
ADVANCED ENERGY (SHENZHEN) CO., LTD.;
EAGLERISE ELECTRIC AND ELECTRONIC CO., LTD;
EAGLERISE E & E USA, INC. (CA);
EAGLERISE E & E USA, INC. (PA); and
EAGLERISE POWER SYSTEMS, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is HEREBY ORDERED that Defendants' Unopposed Motion to Maintain Level 1 Restriction of Filings at ECF No. 232, ECF No. 234, and ECF No. 240, and For Leave to File Redacted Versions, Dkt. #243, is GRANTED. The Court finds the requirements of Local Rule 7.2 have been met.

The Court Clerk is respectfully directed to maintain the Level 1 Restriction for the filings at ECF No. 232, ECF No. 234, and ECF No. 240 to retain their Level 1 restrictions. Defendants are directed to file redacted versions of those documents within 2 business days.

Date:  March 30, 2021